Pamela G. Sotoodeh
pgs@thelawgroupltd.com
Kurt D. Hyzy
kdh@thelawgroupltd.com
THE LAW GROUP, LTD.
Three First National Plaza, 50th Floor
Chicago, Illinois 60605
Telephone: (312) 558-6444
Facsimile: (312) 558-1112
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C 07-1765<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| WAYNE L. MAKSYMIAK, DAVID APULI, JOAN SCHLEIFER, Individually and on behalf of the Estate of FRED P. HEYSER, and LAWRENCE J. STEPHENSON, Individually, and as Executor of the Estate of DOROTHY J. STEPHENSON<br>Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, (WAYNE L. MAKSYMIAK, DAVID APULI, JOAN SCHLEIFER, Individually and on behalf of the Estate of FRED P. HEYSER, and LAWRENCE J. STEPHENSON, Individually, and as Executor of the Estate of DOROTHY J. STEPHENSON), and Defendants, Pfizer, Inc. et al, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1  stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys'
2  fees and costs.

Dated: January 14, 2009

THE LAW GROUP, LTD.

By: /s/ Pamela Sotoodeh
Pamela G. Sotoodeh, #6284622
Kurt D. Hyzy, #6196871
THE LAW GROUP, LTD.
Three First National Plaza
50th Floor
Chicago, Illinois 60602
Tel: 312.558.6444
Fax: 312.558.1112

*Attorneys for Plaintiff*

Dated: June 16, 2009

**GORDON & REES**

/s/
Stuart M. Gordon, Esq.
Embarcadero Center West
275 Battery Street 20th Floor
San Francisco, California 94111
Tel: 415.986.5900
Fax: 415.986.8054

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: June 17, 2009

Hon. Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

-2-
STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

PFZR/1035934/6190655v.1